UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID S. L. PARKS : | |
| : | CASE NO. 3:09CV604(VLB) |
| v. : | |
| : | August 25, 2011 |
| THERESA LANTZ, ET AL. : | |

### RULING DENYING [Doc. # 77] PLAINTIFF'S MOTION AND GRANTING [Doc. #85] DEFENDANT'S MOTION

Pending before the court is the plaintiff's motion for referral of the case to Alternate Dispute Resolution ("ADR") and defendants' motion for leave to file a memorandum in support of their motion to dismiss in excess of thirty-five pages. For reasons set forth below, the plaintiff's motion is denied and the defendants' motion is granted.

Pursuant to Local Rule 16(h), the court may refer a case for "voluntary ADR at any stage of the litigation deemed appropriate by the parties and the judge" assigned to the case. Local Rule 16(h), D. Conn. L. Civ. R. The defendants have filed an objection to the motion for referral of the case to ADR and state that they will be moving to dismiss the amended complaint. The court concludes that it would not be appropriate to refer this case to ADR at this stage of the litigation given that the defendants have now moved to dismiss all remaining claims in the amended complaint. Accordingly, the motion for referral to ADR is denied without prejudice.

The defendants move for leave to file a memorandum in support of their motion to dismiss in excess of thirty-five pages. Counsel claims that the fifty-six

page brief in support of the motion to dismiss is necessary in view of the number of remaining defendants and multiple claims in the amended complaint. The motion for leave is granted.

## CONCLUSION

The Motion for Referral of the Case to ADR [Doc. No. 77] is DENIED without prejudice. The defendants' Motion for Leave to File a Brief in Excess of Thirty-Five Pages [Doc. No. 85] is GRANTED.

SO ORDERED this 25th day of August, 2011, at Hartford, Connecticut.

Vanessa L. Bryant
United States District Judge