# EXHIBIT 17
## Affidavit of Peter J. Murphy

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID S.L. PARKS<br>　　Plaintiff, | :<br>:<br>: |
| v. | : 　3:09-CV-00604-VLB |
| THERESA LANTZ, et al.<br>　　Defendants. | :<br>:<br>: 　MAY 29, 2014<br>: |

### AFFIDAVIT OF DISTRICT ADMINISTRATOR PETER J. MURPHY

I, Peter J. Murphy, hereby depose and say:

1. I am of sound mind and legal age.

2. I am over eighteen years of age and understand the nature and obligations of an oath.

3. I currently serve as the Administrator for District 2, External Security, and the Correctional Transportation Unit (CTU). I have held this position since March of 2014.

4. Before that, I served as Warden of the Enfield Correctional Institution from January of 2014 until March of 2014. Prior to serving as the Warden at Enfield CI, I was the Warden of the MacDougall-Walker Correctional Institution of the Department of Correction of the State of Connecticut from April of 2007 until December of 2013. As Warden, I directed the operations and activities of this correctional facility.

5. I joined the Department of Correction as a Correction Officer at the Enfield Correctional Institution in September of 1985. My duties consisted of care

and custody of inmates. I was promoted to Treatment Officer at the Somers Correctional Institution in 1988. I was assigned to reception diagnostic units, for classification issues, which included, among other things, evaluating inmates for security risks and classifying them relevant to both custody and treatment, i.e., program needs.

6. I became Correctional Rehabilitation Service Officer in 1990 with responsibilities for case work of nearly 300 inmates, work which included security issues. I worked on a major prison overcrowding court case and have also provided testimony in Federal Court on departmental and institutional records and issues.

7. I then served as Counselor Supervisor and Unit Manager. As Counselor Supervisor I oversaw staff who were responsible for case work which included classification and treatment of inmates. This included where an inmate should be housed. As Unit Manager I was in charge of a specific housing area for inmates, including their custody and treatment.

8. While assigned to the Walker Reception Center, I was part of a team that developed models utilized by the Department of Correction for managing inmates classified to Administration Segregation and Chronic Discipline. This also involved security issues.

9. I was appointed in 1995 Deputy Warden of Treatment and later of Operations at the Northern Correctional Institution, which has the highest level of security in this state. My duties also included classification of

inmates, which involved security issues, but at a higher level position with more responsibility.

10. I have also served as Warden at other facilities: Radgowski Correctional Institution, appointed 1997; Willard-Cybulski Correctional Institution, appointed 1999; the Hartford Correctional Center, appointed 2000; and the Enfield Correctional Institution, appointed July, 2004.

11. I was appointed Warden of the MacDougall-Walker Correctional Institution in April of 2007.

12. I hold a Bachelor of Arts Degree from the University of Massachusetts.

13. My training includes attendance at the Maloney Center for Training and Development, which is the training academy for the Connecticut Department of Correction. I have attended these courses 20 to 30 times over the years. These training sessions included security issues. My training has also included on the job training under various supervisors. In addition, I attended a week long course at the National Institute of Corrections for wardens, which was a training course specifically designed for newly promoted wardens. It included security issues, safety and management of inmates, safety of the public and other security matters.

14. The MacDougall-Walker Correctional Institution is a level 4/5, high/maximum security level multi-mission facility for adult males. MacDougall-Walker houses approximately several thousand inmates. Based on its offender population, it is the largest correctional facility in New England.

15. The MacDougall-Walker C.I. provides a highly structured environment to manage long-term sentenced offenders, protective custody offenders and high bond unsentenced offenders with programs designed to address the needs of each population.

16. These inmates present the highest risk of management because of the length of their sentences, their criminal history, and the potential for escape and/or disruptive behavior.

17. I am familiar with plaintiff, David Parks, 208867. The plaintiff stands convicted of numerous offenses, including Robbery in the First Degree. Inmate Parks is serving a total effective sentence of 11 years. He was sentenced on 6/8/2005.

18. If DOC's medical or mental health professionals determine that an inmate should be transferred to another facility in order to meet that inmate's medical or mental health needs, they make their recommendation through Offender Classification and Population Management (OCPM). OCPM would ultimately decide whether to transfer that inmate.

19. As the former Warden of MWCI, I did not have the authority to transfer inmates between various DOC facilities. I would not be personally involved in the decisions to transfer inmates for medical or mental health reasons. I was not personally involved in the decisions to transfer the plaintiff between Garner and MWCI.

20. Finally, I never retaliated against the plaintiff. I hold no ill-will or personal animus toward him. All of my actions were taken in good-faith as the Warden of MWCI to oversee the facility and its inmates.

## VERIFICATION

I hereby swear that the foregoing is true and accurate to the best of my knowledge and belief.

_____
Peter J. Murphy

Subscribed and sworn to before me this __3rd__ day of June, 2014.

_____
Notary / Commissioner of the Court

RAMONA SATURNO
NOTARY PUBLIC
MY COMMISSION EXPIRES 1/31/18

5